JPML FORM 1A                         DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 286 -- IN RE ENVIRONMENTAL PROTECTION AGENCY PESTICIDE LISTING       p.1
                    CONFIDENTIALITY LITIGATION

| Date | No. Code | |
|---|---|---|
| 11/23/76 | | ORDER TO SHOW CAUSE -- Why A-1 through A-9 should not be transferred to one district under 28 U.S.C. §1407 Notified counsel, involved judges |
| 12/2/76 | | EXT. OF TIME -- Granted to Dow Chemical Co. to & Incl. 12/21/76. |
| 12/2/76 | | APPEARANCES --- David A. Drexler for E. I. du Pont de Nemous & Co. Joseph E. Stevens, Jr. for Dow Chemical Co. Alan M. Grimaldi for Shell Oil Co. John D. Conner for Amchem Products, Inc., et al. |
| 12/7/76 | 1 | RESPONSE -- AMCHEM PRODUCTS, INC. w/cert. of service |
| 12/7/76 | 2 | RESPONSE -- CHEVRON CHEMICAL CO. w/cert. of service |
| 12/7/76 | 3 | RESPONSE -- SHELL OIL CO. w/cert. of service |
| 12/7/76 | | APPEARANCE -- JEFFREY AXELRAD for EPA and RUSSELL E. TRAIN APPEARANCE -- ANTHONY P. BROWN for Chevron Chemical Co. |
| 12/8/76 | 4 | RESPONSE --- E. I. DUPONT DE NEMOURS & CO. w/cert. of service |
| 12/8/76 | 5 | RESPONSE -- RUSSELL E. TRAIN , ENVIRONMENTAL PROTECTION AGENCY w/cert. of service |
| 11/13/76 | 6 | REPLY RESPONSE -- AMCHEM PRODUCTS, CIBA GEICHY CORP., FMC CORP. ROHM & HAAS CO., STAUFFER CHEMICAL CO., THE UPJOHN CO. AND UNIROYAL, INC. w/cert. of service |
| 12/17/76 | 7 | RESPONSE -- DOW CHEMICAL CO. w/cert. of service |
| 12/21/76 | | HEARING ORDER -- Setting A-1through A-9 for hearing Jan 28, 1977, Miami, Florida |
| xxxxx | | |
| 12/23/76 | 8 | RESPONSE -- DOW CHEMICAL CO. w/cert. of service |
| 1/11/77 | 9 | APPLICATION TO FILE -- BRIEF IN SUPPORT OF APPLICATION TO FILE-- RESPONSE -- PESTICIDE FORMULATORS ASSN. w/cert of service |
| 1/21/77 | 10 | Supplemental Memorandum -- AMCHEM w/cert. of service. |
| 7/20/77 | | OPINION AND ORDER FILED TODAY -- DENYING TRANSFER -- Notified Involved counsel, Judges and Clerks |

DOCKET NO. 286 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE ENVIRONMENTAL PROTECTION AGENCY PESTICIDE LISTING CONFIDENTIALITY LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s) _____

Consolidation Ordered _____　　　Consolidation Denied ✓

Opinion and/or Order  7/20/77

Citation _____

Transferee District _____　　　Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Chevron Chemical Company v. Russell E. Train, et al. | N.D.Cal Peckham | C76-1552-WWS | | | | |
| A-2 | Chevron Chemical Company v. Russell E. Train, et al. | N.D.Cal Schnacke | C76-1768-WWS | | | | |
| A-3 | Chevron Chemical Company v. Russell E. Train, et al. | N.D.Cal Conti | C76-2222-SC | | | | |
| A-4 | Shell Oil Co., et al. v. Russell E. Train, et al. | D. Del Schwartz | 76-239 | | | | |
| A-5 | E. I. DuPont De Nemours & Co. v. Russell E. Train, etal. | D. Del Schwartz | 76-288 | | | | |
| A-6 | Shell Oil Company v. Russell E. Train, et al. | D. Del Schwartz | 76-305 | | | | |
| A-7 | Shell Oil Company v. Russell E. Train, et al. | D. Del Schwartz | 76-324 | | | | |
| A-8 | The Dow Chemical Co. v. Russell E. train | E.D.Mich Harvey | 76-10087 | | | | |
| A-9 | ~~National Agricultural Chemicals Assn.~~ et al. v. Russell E. Train | S.D.N.Y. Owen | 76Civ2913 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 286 -- IN RE ENVIRONMENTAL PROTECTION AGENCY PESTICIDE LISTING CONFIDENTIALITY LITIGATION

| | |
|---|---|
| CHEVRON CHEMICAL CO. (A-1, A-2 & A-3)<br>Anthony P. Brown, Esquire<br>Pillsbury, Madison & Sutro<br>225 Bush Street<br>Post Office Box 7880<br>San Francisco, California  94120<br><br>SHELL OIL CO. (A-4, A-6 & A-7)<br>Alan M. Grimaldi, Esquire<br>Howrey & Simon<br>1730 Pennsylvania Ave., N.W.<br>Washington, D.C.  20006<br><br>E. I. du PONT de NEMOURS & CO. (A-5)<br>David A. Drexler, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>12th & Market Sts., Box 1347<br>Wilmington, Delaware  19899<br><br>THE DOW CHEMICAL CO. (A-8)<br>Joseph E. Stevens, Jr., Esquire<br>Lathrop, Koontz, Righter, Clagett<br>   Parker & Norquist<br>1500 TenMain Center<br>Kansas City, Missouri  64105<br><br>AMCHEM PRODUCTS, INC., ET AL. (A-9)<br>John D. Conner, Esquire<br>Sellers, Conner & Cuneo<br>1625 K St., N.W.<br>Washington, D.C.  20006 | ENVIRONMENTAL PROTECTION AGENCY<br>RUSSELL E. TRAIN, Administrator,<br> Environmental Protection Agency<br>Jeffrey Axelrad, Esquire<br>U. S. Department of Justice<br>Information and Privacy Section<br>Civil Division, Room 3330<br>Washington, D. C.  20530 |

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __286__ -- IN RE ENVIRONMENTAL PROTECTION AGENCY PESTICIDE LISTING CONFIDENTIALITY LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| RUSSELL E. TRAIN ADMINISTRATOR, EPA | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, A-9 |
| ENVIRONMENTAL PROTECTION AGENCY (EPA) | A-4, A-5, A-6, A-7 |